COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Frederick H. Schrader v. Robert M. (Randy) Roach, Jr.

Appellate case number:      01-20-00183-CV

Trial court case number:    2018-59845

Trial court:                189th District Court of Harris County

     In this accelerated appeal, appellee, Robert M. (Randy) Roach, Jr., has filed a motion for submission without appellate briefing. Appellant is opposed to the relief requested and filed an objection and response to appellee's motion. Appellee's motion is **denied**.

     It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
       ☑ Acting individually    ☐ Acting for the Court

Date: ___April 7, 2020____